IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELISSA PEDDIE,

    *Plaintiff*,

v.                          Case No.:  5:22cv149-MW/MJF

CALHOUN-LIBERTY HOSPITAL
ASSOCIATION, INC. d/b/a CALHOUN-
LIBERTY HOSPITAL,

    *Defendant.*

_____/

## ORDER REQUIRING SUR-REPLY

Pending before this Court is Defendant's motion to dismiss Plaintiff's first amended complaint. ECF No. 18. In Count II of Plaintiff's first amended complaint, Plaintiff alleges First Amendment retaliation under §1983. ECF No. 12 at 15–17  In Defendant's reply to Plaintiff's response to Defendant's motion to dismiss, Defendant disputes that it can be held liable for a §1983 First Amendment retaliation claim since Plaintiff does not allege in her first amended complaint that (i) Defendant was acting under the color of law at any time relevant to the allegations and (ii) that members of Defendant's board of directors are public officials. ECF No. 27 at 12. These issues were not raised in Defendant's motion to dismiss, and thus, Plaintiff was not given ample opportunity respond to Defendant's arguments on these issues. Accordingly, Plaintiff is ordered to file a sur-reply to Defendant's reply to Plaintiff's

response to Defendant's motion to dismiss that addresses Defendant's arguments as to why Defendant cannot be held liable for a §1983 First Amendment retaliation claim **on or before January 10, 2023**.

**SO ORDERED on January 3, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
